# In the United States Court of Federal Claims

No. 13-519 C

(Filed September 17, 2013)

```
* * * * * * * * * * * * * * * * * * * * * *
BUTLER FARMS, INC., et al.,         *
                                    *
              Plaintiffs,           *
                                    *
         v.                         *
                                    *
THE UNITED STATES,                  *
                                    *
              Defendant.            *
* * * * * * * * * * * * * * * * * * * * * *
```

## ORDER

     On September 16, 2013, defendant filed an Unopposed Motion for an Enlargement of Time to Respond to Plaintiffs' Complaint.  Defendant requests an enlargement of time of sixty days, to and including November 26, 2013, within which to file the government's response to plaintiffs' complaint.  Accordingly, it is hereby **ORDERED** that defendant's motion is **GRANTED**.

                               s/Lynn J. Bush  
                               LYNN J. BUSH  
                               Judge