# In the United States Court of Federal Claims

No. 13-519 C

(Filed November 20, 2013)

```
* * * * * * * * * * * * * * * * * * * * * *
BUTLER FARMS, INC., et al.,          *
                                     *
            Plaintiffs,              *
                                     *
       v.                            *
                                     *
THE UNITED STATES,                   *
                                     *
            Defendant.               *
* * * * * * * * * * * * * * * * * * * * * *
```

## ORDER

    On November 18, 2013, defendant filed an Unopposed Motion for an Enlargement of Time to Respond to Plaintiffs' Complaint.  Defendant requests an enlargement of time of fifty-nine days, to and including January 24, 2014, within which to file the government's response to plaintiffs' complaint.  Accordingly, it is hereby **ORDERED** that defendant's motion is **GRANTED**.

                                                  s/Lynn J. Bush  
                                                 LYNN J. BUSH  
                                                 Judge